

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case names: The Better Business Bureau of Metropolitan Houston, Inc., The Better Business Bureau of Metropolitan Houston Education Foundation, Dan Parson, Chris Church, Church Enterprises, Inc., Gary Milleson, Ronald N. McMillan, D'Artagnan Bebel, Mark Goldie, Charlie Hollis, and Steven Lufburrow v. John Moore Services, Inc. and John Moore Renovation, LLC

John Moore Services, Inc. and John Moore Renovation, LLC v. The Better Business Bureau of Metropolitan Houston, Inc.

Appellate case numbers: 01-14-00687-CV; 01-14-00906-CV

Trial court case numbers: 2013-76215; 2012-35162

Trial court: 269th District Court of Harris County

The appeals in appellate cause numbers 01-14-00687-CV and 01-14-00906-CV appear to be closely related. Accordingly, the Court intends to reschedule the March 31, 2015 submission date set in appellate cause number 01-14-00687-CV so that these two appeals are submitted for consideration on the same date by the same panel. Any party who wishes to object to these appeals being submitted together must so inform the Court in writing **no later than Monday March 9, 2015** and provide an explanation as to why the appeals should be submitted separately.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
           ☒ Acting individually     ☐ Acting for the Court


Date: March 5, 2015